Edward W. Rider, Respondent, v. Saverio Gallo and Others, Defendants, and Caterina Gallo, Appellant. ·(No. 6.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred; Carr, J., not voting.

John Roemer, Respondent, v. Astoria Veneer Mills and Dock Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Alexander Rutkowski and Josepha Rutkowski, Parents of Ignatz Rutkowski, Deceased, Appellants, v. Pennsylvania Railroad Company, Defendant, Impleaded with Susquehanna Coal Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of *Karosas* v. *Susquehanna Coal Co.* (172 App. Div. 873), decided herewith. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Resignation of the Hon. Edgar M. Cullen from the Chairmanship of the Committee on Character Accepted, and Stephen C. Baldwin, Esq., Appointed Chairman. Henry A. Uterhart, Esq., of Nassau County, appointed a member of said committee in place of Stephen C. Baldwin, Esq.

Leon Bresslin, Respondent, v. Jewish Press Publishing Company, Appellant. — Motion granted. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Stapleton.

Rose M. Colligan, as Administratrix, etc., Respondent, v. The City of New York, Appellant.— Motion to resettle order granted, and resettled order signed. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

Carmine Greco, Appellant, v. Long Island Railroad Company, Respondent.— Motion granted, and case set down for Wednesday, June 7, 1916. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

Kathi Paffen, Individually and as Executrix, etc., Appellant, v. The City of New York and the Coney Island and Brooklyn Railroad Company, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

The People of the State of New York ex rel. Michael F. Dalton, Appellant, v. William Williams, as Commissioner, etc., and Others, Respondents.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ. Order to be settled before the presiding justice.

Peter Ralph, an Infant, by Joseph H. Ralph, His Guardian ad Litem, Plaintiff, v. Jeremiah F. Ryan, Defendant.— Motion denied upon condition that defendant perfect his appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.